

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 8 SEP 2010

**ROBERT MARINELLI**
ATTORNEYS AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 822-1428

August 27, 2010

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

**Dated:** 2 8 SEP 2010

The Honorable George Daniels
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Combs v. City of New York, et al., 09 CV 6437 (GBD)

Your Honor:

I represent the plaintiff in this case alleging police misconduct. I write to request leave until October 8, 2010 to file an amended complaint for the purpose of replacing John Doe defendants. Defense counsel consents to this request.

A Civil Case Management Plan has not been set for this case and these additional names were disclosed to me today, September 27, 2010.

This is counsel's first request for an extension. Settlement discussions are ongoing, initial disclosures have been exchanged and medical records have been acquired. This request will not change any of the other dates in the Case Management Plan.

Respectfully,

Robert Marinelli (RM-4242)

Copy: Lisa Richardson (by fax)